# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE

NOEL ANTONIO SANTIAGO FELICIANO

IOVASKA CLAUDIO VARGAS

DEBTOR (S)

CASE: 24-04233-MCF

CHAPTER 13

## REPLY TO TRUSTEE'S MOTION TO DISMISS

**TO THE HONORABLE COURT:**

    **COMES NOW** debtors through their undersigned attorney and very respectfully pray and show as follows:

1. The trustee filed a Motion to Dismiss given the debtors and counsel did not attend the 341 meeting.
2. The debtors' counsel requested continuance of the 341 meeting. However, the request was made through letter and the 341 meeting was called.
3. The request for continuance was submitted to Trustee about an hour after the meeting was called apparently due to a clerical mistake.
4. The debtors are up to date with payments to the Trustee and have submitted all documents even prior to the original 341 meeting.
5. The debtors hereby request an opportunity to be able to continue with their case and apologize for the delay.

    **WHEREFORE** the debtors very respectfully request from this Honorable Court to take notice of the above and deny the motion to dismiss filed on docket number 11, after allowing trustee to state his position.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this same date of filing a copy of this motion has been forwarded to every creditor in the master list address that do not have electronic filing records and for those who have the Notification has been made by means of the CM/ECF System, including the Chapter 13 Trustee and the U.S. Trustee for the District of Puerto Rico.

In Carolina, Puerto Rico this December 16, 2024.

                    MORENO LAW OFFICE, LLC
                    /s/ ROSANA MORENO RODRIGUEZ
                    ATTORNEY FOR DEBTOR
                    USDC #221903
                    P.O. BOX 679
                    TRUJILLO ALTO, PR  00977
                    TELEPHONE: (787) 750-8160
                    FAX: (787) 750-8243
                    rmoreno@morenolawpr.com

```
Label Matrix for local noticing            ORIENTAL BANK CCU                        US Bankruptcy Court District of P.R.
0104-3                                     CCU BANKRUPTCY DEPARTMENT                Jose V Toledo Fed Bldg & US Courthouse
Case 24-04233-MCF13                        PO BOX 364745                            300 Recinto Sur Street, Room 109
District of Puerto Rico                    SAN JUAN, PR 00936-4745                  San Juan, PR 00901-1964
Old San Juan
Mon Dec 16 07:47:02 AST 2024

AMAZON BUSINESS PRIME CARD                 AUTORIDAD ENERGIA ELECTRICA              American Express National Bank
PO BOX 1270                                PO Box 363928                            c/o Becket and Lee LLP
Newark, NJ 07101-1270                      San Juan, PR 00936-3928                  PO Box 3001
                                                                                    Malvern  PA 19355-0701


BANCO POPULAR DE PUERTO RICO               CITI CARDS CBNA                          CITI COSTCO
BANKRUPTCY DEPARTMENT                      PO Box 6500                              PO Box 790046
PO BOX 366818                              Sioux Falls, SD 57117-6500               Saint Louis, MO 63179-0046
San Juan, PR 00936-6818


CITI COSTCO                                CONSUMER FINANCE/SYNCHRONY BANK          CRIM
PO Box 790057                              PO BOX 71783                             PO BOX 195387
Saint Louis, MO 63179-0057                 Philadelphia, PA 19176-1783              San Juan, PR 00919-5387


DEPARTAMENTO DE HACIENDA                   DEPARTMENT OF TREASURY                   (p)DISCOVER FINANCIAL SERVICES LLC
BANKRUPTCY SECTON 424B                     BANKRUPTCY SECTION 424 B                 PO BOX 3025
PO Box 9024140                             PO BOX 9024140                           NEW ALBANY OH 43054-3025
San Juan, PR 00902-4140                    SAN JUAN, PR 00902-4140


DISCOVER                                   Discover Bank                            FIRSTBANK
PO Box 30939                               PO Box 3025                              CONSUMER SERVICE CENTER
Salt Lake City, UT 84130-0939              New Albany, OH   43054-3025              BANKRUPTCY DIVISION -(CODE 248)
                                                                                    PO BOX 9146, SAN JUAN PR 00908-0146


FIRSTBANK                                  HOSPITAL PAVIA SANTURCE                  (p)LUMA ENERGY
PO Box 9146                                DEPTO DE COBROS PO BOX 1137              REVENUE PROTECTION
San Juan, PR 00908-0146                    San Juan, PR 00909                       PO BOX 364267
                                                                                    SAN JUAN PR 00936-4267


ORIENTAL BANK                              PENFED                                   PENFED CREDIT UNION
PO Box 195115                              PO Box 456                               PO Box 1432
San Juan, PR 00919-5115                    Alexandria, VA 22313-0456                Alexandria, VA 22313-1432


PERFORMANCE FINANCE                        Performance Finance                      Resurgent Receivables, LLC
PO BOX 5108                                10509 Professional Circle Ste 100        Resurgent Capital Services
Oak Brook, IL 60522-5108                   Reno, NV 89521-4883                      PO Box 10587
                                                                                    Greenville, SC 29603-0587


SYNCB/GENERAC CNSUMR FINAN                 TRANSWORLD SYSTEMS, INC.                 IOVASKA CLAUDIO VARGAS
PO Box 71757                               500 VIRGINIA DR SUITE 514                URB LOS ANGELES
Philadelphia, PA 19176-1757                Fort Washington, PA 19034-2733           6 CALLE ACUARIO
                                                                                    CAROLINA, PR 00979-1716
```

| | | |
|---|---|---|
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | NOEL ANTONIO SANTIAGO FELICIANO<br>URB LOS ANGELES<br>6 CALLE ACUARIO<br>CAROLINA, PR 00979-1716 |
| ROSANA MORENO RODRIGUEZ<br>MORENO LAW OFFICE, LLC<br>P.O. BOX 679<br>TRUJILLO ALTO, PR 00977-0679 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DISCOVER<br>PO BOX 30943<br>Salt Lake City, UT 84130 | (d)DISCOVER BANK<br>PO BOX 15316<br>Wilmington, DE 19850 | LUMA ENERGY<br>PO Box 364267<br>San Juan, PR 00936-4267 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33